CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 16 2005

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| DALE P. KYSER, | ) | CIVIL ACTION NO. 3:04CV00049 |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| JO ANNE BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | JUDGE JAMES H. MICHAEL, JR. |

By order dated October 7, 2004, this case was referred to the presiding United States Magistrate Judge for proposed findings of fact and a recommended disposition. Following a ruling on the merits, counsel for the plaintiff filed a motion for attorney's fees on June 3, 2005. Specifically, counsel petitions the court to allow a fee of $3,125.00 (25 hours x $125.00 per hour) for services rendered in the United States District Court for the Western District of Virginia as attorney for the plaintiff. The Commissioner did not file a response to the motion. On July 15, 2005, the Magistrate Judge filed a Report and Recommendation, which recommended that plaintiffs' counsel be awarded the amount requested for his court-related services. After a careful review of the entire record in this case, and no objection having been filed to the Magistrate Judge's Report within ten (10) days of its service upon the parties, *see* Fed. R. Civ. P. 72(b), the court adopts the Magistrate Judge's Report in its entirety. It is accordingly this day

ADJUDGED, ORDERED, AND DECREED

as follows:

1. The Report and Recommendation of the United States Magistrate Judge, filed July 15, 2005, shall be, and hereby is, ADOPTED in its entirety;

2. The plaintiff's motion for attorney's fees, filed June 3, 2005, shall be, and hereby is, GRANTED;

3. Counsel for the plaintiff shall be, and hereby is, awarded $3,125.00 in attorney's fees, under the Equal Access to Justice Act, 28 U.S.C.A. § 2412, *et. seq.* (West 1994 & Supp. 2002).

4. This case shall be, and hereby is, STRICKEN from the docket of the court.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Crigler.

ENTERED: /s/ Jas. P. Michael, Jr.
Senior United States District Judge

8-16-05
Date

2